Willis Leon Trodman, Leavenworth, KS, Appellant, pro se.

Christine Lesicko, Jefferson City, MO, Attorney for Respondent.

Before Division II: MARK D. PFEIFFER, Presiding Judge, and JOSEPH M. ELLIS and VICTOR C. HOWARD, Judges.

### Order

PER CURIAM:

Willis Trodman appeals from a decision by the Labor and Industrial Relations Commission, which affirmed the decision of the Appeals Tribunal denying Mr. Trodman's application for unemployment benefits. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 84.16(b).

■

STATE of Missouri, Respondent,

v.

Matthew David COOK, Appellant.

No. WD 76029.

Missouri Court of Appeals, Western District.

Nov. 12, 2013.

Margaret Johnston, Columbia, MO, for Appellant.

Jeff Mittelhauser, Sedalia, MO, for Respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., ALOK AHUJA, and CYNTHIA L. MARTIN, JJ.

### ORDER

PER CURIAM:

Matthew David Cook appeals the circuit court's judgment convicting him of the

class A misdemeanor of resisting arrest. We affirm. Rule 30.25(b).